THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ASBURY O. LEONARD, Appellant.

*People* v. *Leonard*, 189 App. Div. 898, affirmed.

(Argued January 8, 1920; decided January 27, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 31, 1919, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the violation of section 116 of the Sanitary Code of the city of New York in manufactuting and selling a misbranded drug.

*Charles J. W. Meisel* for appellant.

*William P. Burr, Corporation Counsel (John F. O'Brien* and *William A. Walling* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.